**MARLON L. MONROE** (CBN 251897)
The Monroe Firm
1300 Clay St., Ste. 600
Oakland, California 94612
Tel. 510.343.3594
Fax. 510.698.4788
MLM@theMonroeFirm.com

Counsel for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>   Plaintiff, <br><br>   v. <br><br> **RICHARD MICHAEL QUINN, JR.,** <br><br>   Defendant. | No. 18-CR-00326-HSG |
| **UNITED STATES OF AMERICA**, <br><br>   Plaintiff, <br><br>   v. <br><br> **RICHARD MICHAEL QUINN, JR.,** <br><br>   Defendant. | No. 17-CR-00013-HSG <br><br> **STIPULATED ORDER CONTINUING STATUS CONFERENCE** |

The above-captioned case was scheduled for a change of plea hearing on December 10, 2018 at 2:00 p.m. However, the defense has only recently obtained mitigation documents from defendant's medical physician. Therefore the documents were only recently turned over to prosecutor's office, which may need more time to determine how and if the mitigating information will affect how the case is resolved. Counsel will notify the Court prior to the next requested date of whether the defendant will enter into a negotiated plea agreement or an open plea. Defense counsel has spoken with the U.S. probation officer assigned to the case and she is in agreement with the continuance and the requested future date. Accordingly, the parties jointly request that the status conference be continued to January 14, 2019 at 2:00 p.m.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from December 10, 2018 through January 14, 2019 in order for the issues regarding the defendant's evidence mitigation be resolved. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

Date: November 29, 2018                    Respectfully submitted,

                                           /s/ *Marlon L. Monroe*
                                           MARLON L. MONROE
                                           Counsel for Defendant


Date: November 29, 2018                    /s/ *Katie B. Medearis*
                                           KATIE B. MEDEARIS
                                           Assistant United States Attorney

**ORDER**

For good cause shown, this matter shall be added to the Court's calendar on January 14, 2019 at 2:00 p.m. for change of plea. In addition, for the reasons stated above, the Court finds that an exclusion of time from December 10, 2018 through January 14, 2019 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(A) and (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

**IT IS SO ORDERED**.

DATED: December 6, 2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge